**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES GRIMM,

                Plaintiff,

  -against-                                    21 **CIVIL** 11056 (PMH)

                                              **<u>JUDGMENT</u>**

GARNET HEALTH d/b/a GARNET HEALTH
MEDICAL CENTER, LAUREN CARBERRY, and
GREGG HOUGH,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 15, 2024, Defendants' motion for summary judgment with respect to Plaintiff's first, third, and fifth claims for relief is GRANTED. The Court declines to exercise supplemental jurisdiction over Plaintiff's second, fourth, and sixth claims for relief and dismisses same without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 15, 2024

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                                **Clerk of Court**

                                              **BY:**    *K. Mango*
                                                                 _____
                                                                **Deputy Clerk**